```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOSEPH D. AXELRAD (Cal. Bar No. 274580)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-7964
 7       Facsimile: (213) 894-0141
         E-mail:    joseph.axelrad@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
NOV -6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-02126-M |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE |
| v. | |
| JORGE LOUIS SOLORIO-MENDOZA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's Ex Parte Application for Reconsideration of Order Setting Conditions of Release for sealed filing is GRANTED and Defedant Jorge Louis Solorio Mendoza is hereby ordered detained pending trial.

11/6/14
DATE

_____
HONORABLE STEPHEN J. HILMAN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, **TEMERIA WYLIE**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **[PROPOSED] ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE**

| | |
|---|---|
| ☒ Placed in a closed envelope for collection and inter-office delivery, addressed as follows: | ☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows: |
| ☐ By hand delivery, addressed as follows: | ☐ By facsimile, as follows: |
| ☐ By messenger, as follows: | ☐ By Federal Express, as follows: |

**Georgina Wakefield, DFPD**
**Federal Public Defender**
**321 E. 2nd Street**
**Los Angeles, CA  90012**

This Certificate is executed on **October 31, 2014**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
TEMERIA WYLIE
Legal Assistant